**Order issued this 25th day of July, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-11-01674-CV

**MICHAEL TABASSO, ET AL., Appellants**
**V.**
**BEARCOM GROUP, INC., Appellee**

## ORDER

The Court has before it appellant's July 9, 2013 motion to extend time to file motion for rehearing. The Court **GRANTS** the motion and **ORDERS** that appellant's motion for rehearing shall be filed on or before August 12, 2013.

/David Lewis/
DAVID LEWIS
JUSTICE